**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | MDC Energy LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3569140 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 280 East 96th Street | |
| Number    Street | Number    Street |
| Suite 210 | |
| | P.O. Box |
| Indianapolis   IN   46240 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marion | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    MDC Energy LLC                                    Case number (if known)_____
          Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2  1  1  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
            District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor   See Annex 1         Relationship  Affiliate
            District Delaware            When          See Annex 1
                                                       MM / DD / YYYY
            Case number, if known  See Annex 1

Debtor  MDC Energy LLC  
      Name

Case number (if known) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
        Number    Street

        _____
        City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  MDC Energy LLC  
      Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/8/2019  
      MM / DD / YYYY

X _____  Mark A. Siffin  
Signature of authorized representative of debtor    Printed name

Title  Authorized Representative

**18. Signature of attorney**

X  /s/ Robert J. Dehney      Date  11/8/19  
Signature of attorney for debtor      MM / DD / YYYY

Robert J. Dehney  
Printed name  
Morris, Nichols, Arsht & Tunnell LLP  
Firm name  
1201 N. Market Street  
Number   Street  
Wilmington      DE    19899-1347  
City      State    ZIP Code  
302-658-9200      rdehney@mnat.com  
Contact phone      Email address

3578      DE  
Bar number      State

## ANNEX 1

## AFFILIATED ENTITIES

On the date hereof, (except as set forth below), each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed petitions for relief under chapter 11 of title 11 of the United States Code in this Court.

1. MTE Holdings LLC; Case No. 19-12269 (KBO) (Bankr. D. Del.) (Chapter 11 Petition Filed October 22, 2019)

2. MTE Partners LLC, Case No. 19-12272 (KBO) (Bankr. D. Del.) (Chapter 11 Petition Filed October 23, 2019)

3. Olam Energy Resources I LLC, Case No. 19-12273 (KBO) (Bankr. D. Del.) (Chapter 11 Petition Filed October 23, 2019)

4. MDC Texas Operator LLC

5. MDC Reeves Energy LLC

6. Ward I, LLC

# RESOLUTIONS OF
# THE SOLE MEMBER OF
# MDC ENERGY LLC

## November 8, 2019

On November 8, 2019, MTE Holdings LLC (the "*Manager*"), the sole member of MDC Energy LLC (the "*Company*"), took the following actions and adopted the following resolutions in accordance with (i) the applicable governing law of Delaware, (ii) the limited liability company operating agreement of the Company, and (iii) the certificate of formation of the Company.

### Authorization to Commence Chapter 11 Proceedings; Authorization to Employ and Retain Requisite Professionals

WHEREAS, the Manager of the Company has reviewed and analyzed the materials presented by the Company's management and the Company's legal advisors and has held vigorous discussions (including with management and such advisors) regarding such materials and the liabilities of the Company, the short- and long-term prospects of the Company, the restructuring and strategic alternatives available to the Company, and the impact of the foregoing on the Company's business and operations and has consulted with management and the Company's legal advisors regarding the above; and

WHEREAS, the Manager of the Company has determined that it is necessary, advisable and in the best interests of the Company, its creditors, member and other interested parties, and necessary and convenient to the purpose, conduct, promotion, or attainment of the business and affairs of the Company, that a petition be filed by the Company seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and that the Company undertake related actions.

NOW THEREFORE BE IT:

RESOLVED, that the Manager of the Company, in its best judgment, and after consultation with management and the Company's legal advisors, has determined that it is desirable and in the best interests of the Company, its creditors, member and other interested parties that a voluntary petition for relief under chapter 11 of the Bankruptcy Code be filed and directs that the Company file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

RESOLVED FURTHER, that the "*Authorized Officer*" referenced in these resolutions shall be Mark A. Siffin;

RESOLVED FURTHER, that the Authorized Officer of the Company, be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as such officer shall determine;

RESOLVED FURTHER, that the Authorized Officer of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all pleadings, schedules, lists, and other papers, and to take any and all actions that such officer may deem necessary or proper in connection with the foregoing resolutions;

RESOLVED FURTHER, that the Authorized Officer be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Kasowitz Benson Torres LLP ("*Kasowitz*") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Kasowitz;

RESOLVED FURTHER, that the Authorized Officer of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage the law firm of Morris, Nichols, Arsht & Tunnell LLP ("*MNAT*") as Delaware counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, the Authorized Officer of the Company be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of MNAT; and

RESOLVED FURTHER, that the Authorized Officer of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to engage any other professionals as deemed necessary or appropriate in his sole discretion to assist the Company in carrying out its duties under the Bankruptcy Code, including executing appropriate retention agreements, paying appropriate retainers prior to or after the filing of the Company's chapter 11 case, and filing appropriate applications for authority to retain the services of any other professionals as the Authorized Officer shall in his sole discretion deem necessary or desirable.

## General

RESOLVED FURTHER, that the Authorized Officer of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered and, where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such necessary or appropriate instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses associated with or arising out of the actions authorized herein, and (iii) engage such persons as the Authorized Officer shall in his sole discretion deem necessary or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

3

RESOLVED FURTHER, that all lawful actions of any kind taken prior to the date hereof by the Authorized Officer, or any person or persons designated or subsequently authorized to act by the Authorized Officer, which acts would have been authorized by the foregoing resolutions, except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER, that the signature of the Authorized Officer of the Company on any document, instrument, certificate, agreement or other writing shall constitute conclusive evidence that such officer deemed such act or thing to be necessary, advisable or appropriate; and

RESOLVED FURTHER, that the Authorized Officer of the Company be, and hereby is, authorized and empowered to certify and to furnish such copies of these resolutions as may be necessary and such statements of incumbency of the corporate officers of the Company as may be requested.

\* \* \* \* \* \* \* \*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MDC ENERGY LLC, | ) Case No. 19-_____ (___) |
| Debtor.[1] | ) |

## CORPORATE OWNERSHIP STATEMENT

Following is the list of entities that directly or indirectly own 10% or more of any class of MDC Energy LLC's ("MDC Energy's") equity interests. This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 in this chapter 11 case.

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| MTE Holdings LLC | 100% |

## LIST OF EQUITY SECURITY HOLDERS

Following is a list of debtor MDC Energy's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Shareholder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| MTE Holdings LLC | 280 East 96th Street Suite 210, Indianapolis, Indiana 46240 | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: MDC Energy LLC (9140). The Debtor's address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

**Fill in this information to identify the case:**

Debtor name __MDC Energy LLC__

United States Bankruptcy Court for the: _____ District of Delaware (State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                                            12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Alamo Pressure Pumping LLC<br>PO Box 641065<br>Dallas, TX 75264-1034 | Joe Mckie<br>214-554-3656<br>joem@fracing.com | | | | | $ 11,497,229.35 |
| 2 | Gravity Oilfield Services, LLC<br>PO Box 734128<br>Dallas, TX 75373-4128 | Mark Zimmerman<br>4327411222<br>mark.zimmerman@gvty.com | | | | | $ 10,845,225.10 |
| 3 | BT MIDSTREAM, LLC<br>PO Box 5061<br>Abilene, TX 79608 | David Lynn<br>325-669-4737<br>dlynn@btmidstream.com | | | | | $ 9,101,440.16 |
| 4 | B&L Pipeco Services, Inc.<br>PO Box 840280<br>Dallas, TX 75284-0280 | Mike Joyce<br>806-886-3804<br>mike.joyce@blpipeco.com | | | | | $ 7,036,786.16 |
| 5 | MARIO A. ORTEGA<br>PO Box 872<br>Odessa, TX 79760 | Alex Lorte<br>432-530-5466<br>alorte4@aol.com | | | | | $ 6,970,527.23 |
| 6 | J6 ENERGY SERVICES<br>23060 FM 159<br>Navasota, TX 77868 | Jury Valladarez<br>432-755-4687<br>jury@j6energy.com | | | | | $ 6,924,560.49 |
| 7 | WaterBridge Texas Operating, LLC<br>840 Gessner, Suite 100<br>Houston, TX 77024 | Jason Long<br>jason.long@h2obridge.com | | | | | $ 5,704,469.39 |
| 8 | Apergy ESP Systems, LLC<br>19425 E 54th Street<br>Broken Arrow, OK 74014 | Bob Haskell<br>432-425-6085<br>bob.haskell@apergy.com | | | | | $ 4,422,743.11 |

Debtor: **MDC Energy LLC**

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Legacy Directional Drilling, LLC<br>103 Abigayle's Row<br>Scott, LA 70583 | Brent Janner<br>713-553-0574<br>bjanner@legacydirectional.com | | | | | $4,200,891.18 |
| 10 | CACTUS FUEL, LLC<br>P Box 677924<br>Dallas, TX 75267-7924 | Andy Fertsch<br>979-533-1979<br>afertsch@cactusind.com | | | | | $4,084,573.06 |
| 11 | Patterson-UTI Drilling Company, LLC<br>PO Box 260111<br>Dallas, TX 75326-0111 | Lance Creswell<br>432-559-4659<br>lance.creswell@patenergy.com | | | | | $3,948,348.35 |
| 12 | STEP Energy Services (USA) Ltd.<br>480 Wildwood Forest Drive,<br>Suite 300<br>Spring, TX 77380 | James Minahan III<br>713-882-9000<br>jminahan@step-es.com | | | | | $3,784,145.08 |
| 13 | Fluid Delivery Solutions, LLC<br>6795 Corporation Parkway, Suite 200,<br>Fort Worth, TX 76126 | Philip Kuntz<br>817-988-8933<br>pkuntz@fdsllc.com | | | | | $3,512,753.79 |
| 14 | BUTCH'S RAT HOLE & ANCHOR SERVICE, INC.<br>12409 Quaker Avenue<br>Lubbock, TX 79424 | Norman Allen<br>806-438-5218<br>nallen@brhas.com | | | | | $3,436,089.36 |
| 15 | RWLS LLC<br>PO Box 862<br>Levelland, TX 79336 | Matt Gray<br>8068933785<br>mgray468@aol.com | | | | | $3,242,466.05 |
| 16 | Chase Harris, Inc.<br>PO Box 2428<br>Stephenville, TX 76401 | Chase Harris<br>817-851-3801<br>chase_harris@ymail.com | | | | | $2,900,000.00 |
| 17 | WB Supply and Basin Supply, LP<br>PO Box 206620<br>Dallas, TX 75320-6620 | Renae Hotz, Pres<br>303-888-6446<br>renae@wbsupply.com | | | | | $2,896,912.84 |
| 18 | Cretic Energy Services, LLC<br>PO Box 2108<br>Alice, TX 78333 | L Melvin Cooper<br>832-603-7150<br>mcooper@forbesenergyservices.com | | | | | $2,824,758.68 |
| 19 | Basic Energy Services<br>801 Cherry Street, Suite 2100<br>Fort Worth, TX 76102 | Doug Dunlap<br>281-216-5872<br>doug.dunlap@basicenergyservices.com | | | | | $2,733,450.86 |
| 20 | Silver Zone, Inc.<br>2840 South Highway Suite 385<br>Odessa, TX 79766 | Juan<br>432-425-1370<br>silverzoneinc@gmail.com | | | | | $2,395,866.28 |

Debtor: MDC Energy LLC

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Clearwater Resources, LLC<br>6837 82nd Street, Suite 101<br>Lubbock, TX 79424 | Shane Grissom<br>806-893-4958<br>cwtexas2012@gmail.com | | | | | $ 2,333,174.01 |
| 22 | WS Energy Services<br>13330 Leopard Street, Suite 32<br>Corpus Christi, TX 78410-4481 | Steven Bishop<br>214-546-6680<br>sbishop@wsemllc.com | | | | | $ 2,274,467.93 |
| 23 | RUSSAW TRANSPORT, LLC<br>1183 West I20<br>Pecos, TX 79772 | Steve Russaw<br>501-548-8128<br>steverussaw@yahoo.com | | | | | $ 2,272,981.75 |
| 24 | DILL LAND & CATTLE, LLC<br>16913 FM 179<br>Wolfforth, TX 79382 | Jack Dill<br>575-441-6399<br>dilljack22@yahoo.com | | | | | $ 2,082,640.65 |
| 25 | Texas Fueling Services, Inc.<br>4220 Laura Koppe Road<br>Houston, TX 77016 | John Moran<br>281-443-2336<br>John@texasfueling.com | | | | | $ 1,999,340.91 |
| 26 | TANMAR RENTALS LLC<br>711 South Chestnut<br>Tomball, TX 77375 | Maurice<br>337-432-5384<br>mauriceb@tanmarcompanies.com | | | | | $ 1,853,946.98 |
| 27 | Diamond M Trucking<br>PO Box 2075<br>Pecos, TX 79772 | Rosie Martinez<br>432-448-1251<br>rosiem@diamondmtruckingpecos.com | | | | | $ 1,844,868.50 |
| 28 | Permian Equipment Rentals<br>12409 Quaker Avenue<br>Lubbock, TX 79424 | Norman Allen<br>806-438-5218<br>nallen@brhas.com | | | | | $ 1,745,830.38 |
| 29 | MCCLINTON ENERGY GROUP, LLC<br>PO Box 15110<br>Odessa, TX 79768 | Tony McClinton<br>307-333-3455<br>tonymcc@icloud.com | | | | | $ 1,729,347.74 |
| 30 | Tier One Energy, LLP<br>PO Box 1660<br>Pecos, TX 79772 | Marco Galvan<br>432-448-9218<br>igalvan@tieroneenergy.com | | | | | $ 1,696,818.91 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | MDC Energy LLC |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (if known): | |

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Board Resolutions, Consolidated List of Top 30 Unsecured Creditors who are not Insiders, List of Equity Holders, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/08/2019
MM / DD / YYYY

X _/s/ Mark A. Siffin_
Signature of individual signing on behalf of debtor

Mark A. Siffin
Printed name

Authorized Representative
Position or relationship to debtor